IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DARIUS RONDELL CUMMINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 323-074 |
| ) | |
| MARTIN O'MALLEY, Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's motion for judgment on the pleadings, (doc. no. 17), **AFFIRMS** the Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to **ENTER** final judgment in favor of the Commissioner.

SO ORDERED this 13th day of June, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE